# Third District Court of Appeal

## State of Florida

Opinion filed September 25, 2024.

———————————

No. 3D22-1033
Lower Tribunal No. 19-11796

———————————

**Errol Rainess,**
Appellant,

vs.

**Jose Perez 1031 4, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Carlos A. Ziegenhirt, P.A. and Carlos A. Ziegenhirt, for appellant.

Feinstein & Mendez, P.A., and Brett Feinstein; Holland & Knight LLP, and Rebecca M. Plasencia, and Jose A. Casal; Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Ryan Carlin, Assistant County Attorney, for appellees.

Before FERNANDEZ, MILLER and BOKOR, JJ.

*ON MOTION FOR REHEARING*

PER CURIAM.

We grant appellee Clerk of Court's motion for rehearing, withdraw our prior opinion, and affirm the trial court's order without further discussion.

Affirmed.